UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VICTOR MANUEL CRIOLLO,

    Petitioner,

v.                                Case No: 2:17-cv-449-FtM-99MRM

SECRETARY, DOC and FLORIDA
ATTORNEY GENERAL,

    Respondents.
_____/

## OPINION AND ORDER

This matter comes before the Court on Petitioner's Motion to Provide Supplemental Authority (Doc. 7) filed on December 26, 2017. Petitioner moves to supplement his Petition with case law that supports his claims of ineffective assistance of counsel found in Grounds 2 and 4 of his Petition. The Court deems the Petitioner's motion as a notice of supplemental authority filed in support of Grounds 2 and 4 of his Petition and accepts the case law as filed. Accordingly, Petitioner's Motion to Provide Supplemental Authority (Doc. 7) is **GRANTED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of April, 2018.

MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies:
All Parties of Record
SA: FTMP-2